WAYNE JOHNSON, BAR NO. 112588
LAW OFFICES OF WAYNE JOHNSON
P.O. BOX 30712
OAKLAND, CALIFORNIA 94610
(510) 451-1166

Attorney for Rahim Ali

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHIM ALI, | No. |
| PLAINTIFF, | COMPLAINT FOR DAMAGES |
| vs. | JURY TRIAL DEMANDED |
| J.VARGAS, DOE 1, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE UNIVERSITY OF CALIFORNIA, UNIVERSITY OF CALIFORNIA, AND DOES 2-10, | |
| Defendants. | |

Plaintiff alleges as follows:

**<u>JURISDICTION</u>**

1. This action is brought against the individual defendants, J. Vargas and Doe 1, pursuant to Title 42 of the United States Code Sections 1983, 1985, and 1988 and the Fourth, and Fourteenth Amendments to the Constitution of the United States. The jurisdiction of this Court is based upon Title 28 of the United States Code, Sections 1331, and 1343(1), (2), (3) and (4).

\\\

COMPLAINT FOR DAMAGES                1

2.   The unlawful acts and practices alleged herein occurred in the Berkeley, in the State of California which is situated in this judicial district.  3.   This Court has pendent jurisdiction over the claims of the plaintiff which arise under California statutory or decisional law by virtue of the fact such claims arise out of the same transaction or series of transactions or the nucleus of operative facts as do the claims herein under federal constitutional and statutory law.

4.   The common law, as modified by the Constitution and statutes of the State of California, is not inconsistent with the Constitution and laws of the United States and should be extended to and govern the trial and disposition of this cause.

**PARTIES**

5. Plaintiff is, and at all relevant times was, a resident of the State of California.

6.   Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA is, and at all times herein mentioned was, territory duly organized and existing under the laws of the State of California.

7.   Defendants, J. Vargas and Does 1-10, are, and at all relevant times were, peace officers and state actors employed by the REGENTS OF THE UNIVERSITY OF CALIFORNIA.

8.   Each defendant is, and at all times herein mentioned was, an agent of the other and acting within the course and scope of that agency.

\\\

COMPLAINT FOR DAMAGES             2

## STATEMENT OF FACTS

9. On January 2, 2003, J Vargas and another Regents of the University of California employee, Doe 1, attacked plaintiff without justification and / or legal cause.

10. About 11:15 P.M., plaintiff was on duty as a custodian for the Regents of the University of California.

11. Plaintiff observed defendants, J. Vargas and Doe 1, tampering with his vehicle.

12. Plaintiff asked defendants' why they were disturbing his vehicle and they detained plaintiff without warrant or probable cause.

13. Plaintiff explained to the defendants he was employed by the Regents of the University as a custodian and that he was on duty. Defendants asked plaintiff to prove he was employed by the Regents of the University of California.

14. Plaintiff directed defendants to his supervisor. Plaintiff even went so far as to walk defendants through the building and show them the wet floors he had recently mopped.

15. Even after defendant's confirmed plaintiff's identity, proved his employment with the Regents of the University of California, and demonstrated he had keys to the buildings, defendants persisted in unlawfully detaining plaintiff.

16. During the unlawful detention, defendants used unreasonable force against plaintiff's person resulting in substantial injuries.

\\\

COMPLAINT FOR DAMAGES            3

17. Defendants then placed plaintiff under arrest without a warrant or probable cause.

18. Plaintiffs were wrongfully detained, arrested, imprisoned injured, and battered without justification and in violation of State and Federal laws. Plaintiffs were also deprived of personal property and denied adequate and proper healthcare.

19. Plaintiffs suffered physical and mental injuries, the extent of which have not been determined. Plaintiff did or will incur attorney's fees, medical and psychological fees.

20. The defendants and each of them filed false reports regarding plaintiff's and their conduct on January 2, 2003, alleging plaintiff interfered or threatened an officer in the performance of his duties.

## DAMAGES SUFFERED

21. As a proximate result of the wrongful acts complained of herein the plaintiffs suffered embarrassment, humiliation, emotional anguish, fear, terror, pain and suffering, loss of sense of security, loss of property, loss of dignity and pride as American citizens.

**FIRST CAUSE OF ACTION**

**Against J. Vargas and Does 1-10 Only**

(42 U.S.C. Section 1983)

22. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 21 and makes them a part hereof.

23. In doing the acts complained of herein, defendants, and each of them, did act under color of state law to deprive plaintiff

COMPLAINT FOR DAMAGES                 4

of certain constitutionally protected rights including, but not limited to, the following:

    (a)  The right to be free from unreasonable searches and seizures as guaranteed by the Fourth Amendment of the United States Constitution through the Fourteenth Amendment;

    (b)  The right to be free from interferences with the zone of privacy protected by the Fourth and Nineteenth Amendments to the United States Constitution through the Fourteenth;

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

## SECOND CAUSE OF ACTION

(False Arrest and Imprisonment)

24.  Plaintiff re-alleges and incorporates by reference paragraphs 1 through 21 and makes them a part hereof.

25.  The defendants by their conduct as described hereinbefore did intentionally arrest, confine, and restrain plaintiff to a bounded area on magnified charges without probable cause therefor and caused great bodily harm to plaintiff's person.

26.  But for the defendants' conduct plaintiff would not have been so arrested, confined, restrained, and injured.

WHEREFORE the plaintiff prays for relief as hereinafter set forth.

\\\
\\\
\\\
\\\

COMPLAINT FOR DAMAGES                5

## THIRD CAUSE OF ACTION

(Battery)

27. Plaintiff re-alleges and incorporates by reference paragraphs 1 - 21 and makes them a part hereof.

28. The defendants by their conduct as hereinbefore described did by his intentional and unlawful use of physical force, resort to both harmful and offensive contact to plaintiff's person for which plaintiff has suffered injuries as a direct result.

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

## FOURTH CAUSE OF ACTION

(Intentional Infliction of Emotional Distress)

29. Plaintiff re-alleges and incorporates by reference paragraphs 1 - 21 and makes them a part hereof. 28. The defendants by their conduct as described hereinbefore did intentionally engage in extreme and outrageous conduct directed toward the plaintiff.

29. As a and consequence and result of defendants' conduct plaintiff has suffered severe emotional distress.

WHEREFORE the plaintiff prays for relief as hereinafter set forth.

## FIFTH CAUSE OF ACTION

(California Civil Code Section 51.7 & 52.1(b))

30. Plaintiffs re-allege and incorporate by reference paragraphs 1 through 22 and makes them a part hereof.

\\\

COMPLAINT FOR DAMAGES          6

31. In doing the acts complained of herein, defendants, and each of them, acted with a racially based animus to deprive plaintiff of certain constitutionally protected rights including, but not limited to, the following:

(a) The right to be free from violence;

(b) The right to be free from intimidation by threat of violence.

32. Defendants committed the described acts against plaintiff because of his race, color, ancestry, national origin, and or his age.

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

### SIXTH CAUSE OF ACTION

**(Respondeat Superior)**

33. Plaintiff re-alleges and incorporates by reference paragraphs 1 through 32 and makes them a part hereof.

34. The defendants, J. Vargas, Does 1-10, and the Regents of the University of California, by their conduct as described hereinbefore committed the above acts while within the course and scope of their employment.

35. Each defendant described in paragraph 34 was under the control the Regents of the University of California.

WHEREFORE the plaintiff prays for relief as hereinafter set forth.

\\\

\\\

COMPLAINT FOR DAMAGES           7

**PUNITIVE DAMAGES**

36. Plaintiff re-alleges and incorporates by reference paragraphs 1 - 37 and makes them a part hereof.

37. The acts of defendants, as aforesaid, were done willfully, maliciously, and with callous and reckless indifference to and disregard of plaintiff's safety and constitutional rights.

**DEMAND FOR JURY TRIAL**

38. Plaintiff demands a jury trial in this matter.

PRAYER

WHEREFORE, plaintiff demands the following relief jointly and severally, against all the defendants as follows:

1) Compensatory damages in the amount of $500,000;

2) Punitive damages in the amount of $200,000;

3) Attorney's fees pursuant to 42 U.S.C. Section 1988;

4) Costs of suit incurred herein; 5) For such other and further relief as the court may deem proper.

Respectfully Submitted,

_____
Wayne Johnson
Attorney for Plaintiffs

COMPLAINT FOR DAMAGES           8